UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUZ MARIA ARANCIVIA VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES. ET AL,<br><br>Defendants. | No. 2:25-cv-05383-PA-MAR<br><br>**ORDER DISMISSING CASE**<br><br>Honorable Percy Anderson<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. The instant action shall be dismissed without prejudice; The dismissal shall not prejudice any party to this action.
2. USCIS has issued a Request for Evidence on July 23, 2025, with a response deadline of October 18, 2025.
3. Plaintiff agrees to submit the response to the Request for Evidence on or before October 18, 2025.
4. USCIS agrees to diligently work towards completing adjudication of the Form I-918 Petition for U Nonimmigrant Status within 60 days of receipt of Plaintiff's response to the Request for Evidence or 60 days from October 18, 2025, absent unforeseen or exceptional circumstances that would require additional time to complete adjudication;
5. In the event that USCIS does not complete adjudication of the Form I-918 Petition for Nonimmigrant Status within 60 days of the receipt of Plaintiff's response to the Request for Evidence, Defendant shall not oppose any motion by Plaintiff to this Court to reopen the case on or after December 18, 2025;
6. Each party agrees to bear his, her or its own litigation costs, expenses, and attorney fees.

Dated: September 18, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE